**Appeal Reinstated; Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 13, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00496-CV

### ENTRUST, INC., Appellant

### V.

### MEMORIAL HERMANN HOSPITAL SYSTEM, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-50875**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a final judgment signed May 1, 2014. On July 29, 2014, this court abated the appeal and referred the case to mediation. On September 24, 2014, the mediator filed a report advising the court that the case had settled. On November 4, 2014, the parties filed a joint motion to dismiss the appeal because all matters in controversy have been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Busby.